# IN THE SUPREME COURT OF THE STATE OF NEVADA

FILED

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76938

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76939

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76940

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76941

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76942

KEVIN FERNANDEZ,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 76943

## ORDER DISMISSING APPEALS

These are appeals from district court orders denying objections to transfer of cases and denying requests for out of time appeals. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-40259

This court's review of these appeals reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from district court orders denying an objection to transfer of cases and denying a request for out of time appeal.[1] *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we

ORDER these appeals DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Robert W. Lane, District Judge
       Kevin Fernandez
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk

---

[1]An untimely appeal is allowed from a judgment of conviction only when the procedure under NRAP 4(c) has been followed and the district court enters a written order finding that the petitioner has a valid appeal-deprivation claim and concluding that the petitioner is entitled to a direct appeal.